IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JANET MAVIS MARCUSSE,**

    **Petitioner,**

v.                             Case No.  4:14cv301-MW/CAS

**WARDEN FCI TALLAHASSEE,**

    **Defendant.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 40, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 41.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 10, is **DISMISSED** for lack of jurisdiction."  The Clerk shall close the file.

SO ORDERED on January 3, 2017.

                                                s/Mark E. Walker              \_\_\_\_
                                                **United States District Judge**